IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

MICHAEL L. HUFFMAN,            )
                               )
            Plaintiff,         )
                               )          **ORDER**
        -v-                    )
                               )          C.A. NO.  6:16-CV-496-MGL
LIBERTY LIFE ASSURANCE         )
COMPANY OF BOSTON,             )
                               )
            Defendant.         )
_____

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation Deadline:            September 9, 2016

    b. Cross-Motions for Judgment:    October 7, 2016

    c. Joint Stipulations:            October 7, 2016

    d. Replies to Cross-Motions
       for Judgment:                  October 14, 2016

**IT IS SO ORDERED**.

                                    s/Mary Geiger Lewis
                                    Hon. Mary Geiger Lewis
                                    United States District Judge

July 8, 2016
Columbia, South Carolina